**Roger Lee McQUEEN, Appellee,**

v.

**Harold R. SWENSON, Warden, etc., Appellant.**

No. 76–1163.

United States Court of Appeals, Eighth Circuit.

Feb. 2, 1977.

